IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR -7 PM 1:57

CLERK _C.Adams_
SO. DIST. OF GA.

IN RE: PARADISE FARMS, INC.,    *
                                *    Case No. 315-017
        Debtor.                 *    (Bankr. Case No. 12-30111)

ORDER

On January 29, 2015, Mr. Lister Harrell filed a notice of
appeal, but he did not pay the appellate filing fee.    Mr.
Harrell has filed **29** appeals in 2014, all arising out of three
core bankruptcy cases.  Despite the dismissals of all of these
appeals, most for failure to pay the required fees, Mr. Harrell
persists.  He has now filed 8 appeals in 2015.

On March 13, 2015, Mr. Harrell filed a brief in this case.
The Court will not require any interested party to file a notice
of appearance or any other pleading or document in this case
until Mr. Harrell pays the required appellate filing fee.  To
this point, Mr. Harrell has ten (10) days from the entry of this
Order to pay $298.00 to the Clerk, United States Bankruptcy
Court, or this case will be dismissed.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of
April, 2015.

_____
UNITED STATES DISTRICT JUDGE